**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

In Re: Randy L. Robinson, Esq. Docket No.: 2:26-mc-00295-LEW

# ORDER TO SHOW CAUSE

On June 25, 2026, Judge Michael A. Duddy of the Maine District Court, sitting as a Single Justice of the Maine Supreme Judicial Court, ordered Respondent, Randy L. Robinson, Esq., suspended from the practice of law for eighteen (18) months, all suspended, to commence June 25, 2026. The discipline was imposed for violations of the Maine Rules of Professional Conduct, Rules 1.1, 1.3, 1.4, 1.7(a)(2), 4.3, 8.1(b), and 8.4(a, c, & d).

Now, therefore, pursuant to Rule 83.3(g)(2) of the Local Rules of this Court, Roger M. Champagne, Esq., is directed to file within 14 days of the date of this Order, in strict accordance with the limited bases for such an objection under Local Rule 83.3(g)(4), the reasons why this Court should not impose the identical discipline.

**SO ORDERED.**

**Dated:** July 30, 2026

***/s/ Lance E. Walker***
**CHIEF U.S. DISTRICT JUDGE**