**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

In Re: Randy L. Robinson, Esq. | Docket No.: 2:26-mc-00295-LEW

# ORDER

Respondent Randy L. Robinson, Esq. having shown no good cause why this Court should not impose the discipline set forth in its previous order (*Order to Show Cause*, ECF No. 1), it is hereby ORDERED, pursuant to Local Rule 83.3(g)(4), that Randy L. Robinson, Esq. is suspended from the practice of law in this Court for eighteen (18) months, all suspended, effective June 25, 2026.

**SO ORDERED.**

**Dated: 8/20/2026**

/s/ ***Lance E. Walker***
**CHIEF U.S. DISTRICT JUDGE**